IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARY A. BARNHILL, as Administratrix of the Estate of KAREN FAYE ROLLINS BARNHILL,

    Plaintiff,

v.

ACCORDIUS HEALTH AT GREENSBORO, LLC, doing business as ACCORDIUS HEALTH AT GREENSBORO, and ACCORDIUS HEALTH, LLC,

    Defendants.

1:22-cv-322

## ORDER

On November 14, 2023 the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 41, 42.) In the Recommendation, the Magistrate Judge recommends that Defendants' Motion to Strike Plaintiff's Expert Witness, (Doc. 31), and Defendants' Motion for Summary Judgment, (Doc. 37), should both be denied. No objections were filed within the time prescribed by Section 636.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . . or recommit the matter to the [M]agistrate [J]udge with instructions." 28 U.S.C. § 636(b)(1).

This court has appropriately reviewed the Recommendation and finds the Magistrate Judge's Recommendation should be and is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 41), is **ADOPTED. IT IS FURTHER ORDERED** that Defendants' Motion to Strike Plaintiff's Expert Witness, (Doc. 31), is **DENIED**. Subsequently, the following sanctions for Plaintiff's failure to comply with the expert disclosure deadline are imposed:

1) on or before February 2, 2024, Plaintiff shall make Nurse Practitioner Hill-O'Neill and Medical Doctor Lowe available for depositions on dates, at times, and at locations on which the parties mutually agree;

2) on or before February 2, 2024, Defendants may serve any expert disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B) and (C); and

3) Plaintiff shall pay any premium Defendants reasonably incur to obtain any expert report(s) on an expedited basis in time for service by February 2, 2024.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 37), is **DENIED**.

This the 30th day of November, 2023.

/s/ William L. Osteen, Jr.
United States District Judge